# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL LEE JACKSON, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 06-0172-BH-C |
| KENNETH JONES, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection (Doc. 35) is made, the Recommendation of the Magistrate Judge (Doc. 30) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** this 16th day of July, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
